UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAS FESHAZION WELDEAMLAK,<br>    Plaintiff,<br>    v.<br>CAROLYN W. COLVIN,<br>    Defendant. | Case No.  15-cv-04655-JD<br><br>**STIPULATED JUDGMENT** |

On the parties' stipulation for further administrative proceedings pursuant to sentence four of 42 U.S.C. Section 405(g) and to entry of judgment, Dkt. No. 23, the Court enters judgment for plaintiff Isaias Feshazion Weldeamlak and remands the case.  *See Shalala v. Schaefer*, 509 U.S. 292, 302 (1993) ("A sentence-four remand . . . is a judgment *for* the plaintiff.") (emphasis in original).  The Clerk will close the case file.

**IT IS SO ORDERED.**

Dated: May 20, 2016

_____
JAMES DONATO
United States District Judge